PROB 22

**FILED**
10:48 am, Mar 20, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

TRANSFER OF JURISDICTION

| DOCKET NUMBER (Trans Court) |
|---|
| 0754 3:10CR30006-002 |

| DOCKET NUMBER (Rec. Court) |
|---|
| * 2:18-cr-007-WTL-CMM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Donald Long<br>Bicknell, IN 47512 | Southern District Of Illinois | East St. Louis |
| | NAME OF ASSIGNED JUDGE | |
| | Honorable Michael J. Reagan, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE  FROM October 20, 2017 | TO October 19, 2022 |

**OFFENSE**

18 U.S.C. BANK ROBBERY

18 U.S.C. USING FIREARM IN RELATION TO A CRIME OF VIOLENCE

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF INDIANA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3-19-18
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DATE

UNITED STATES DISTRICT JUDGE