UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18-cr-00007-JPH-CMM ) |
| DONALD LONG, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Craig M. McKee's Report and Recommendation and all findings therein, dkt. [49]. The Court now **ORDERS** that Donald Long's supervised release is therefore **REVOKED**, dkt. [10], and Mr. Long is sentenced to the custody of the Attorney General or his designee for imprisonment of 24 months with no supervised release to follow. The Court recommends placement at Federal Correctional Complex, Allenwood, PA. Violation number 2 is **DISMISSED**.

**SO ORDERED.**

Date: 5/9/2023

Distribution:

All Electronically Registered Counsel

United States Probation Office

United States Marshal

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana